Bergan, J. (dissenting).
The cases cited in the court’s memorandum are not controlling on the question raised on this appeal and, for the reasons stated in the dissent in Matter of Rotham Realty Co. v. Gabel (16 N Y 2d 517, 520) decided herewith, the order should be affirmed.
Judges Fuld, Van Voorhis, Burke and Scileppi concur in Memorandum ; Judge Bergan dissents and votes to affirm in an opinion in which Chief Judge Desmond and Judge Dye concur.
*524 Order of the Appellate Division reversed and that of Special Term reinstated and the proceeding remitted to the Administrator for further proceedings in accordance with the memorandum herein, with costs in this court and in the Appellate Division.